# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-1355**                                          **September Term, 2013**

**FCC-76FR59192**

**Filed On:** January 15, 2014

Verizon,

              Appellant

       v.

Federal Communications Commission,

              Appellee

------------------------------

Independent Telephone &
Telecommunications Alliance, et al.,
                     Intervenors

------------------------------

Consolidated with 11-1356


**BEFORE:**    Rogers and Tatel, Circuit Judges, and Silberman, Senior Circuit
              Judge

## O R D E R

       It is, **ORDERED**, on the court's own motion that the opinion concurring in part
and dissenting in part filed on January 14, 2014, be amended as follows:

       Slip Op. Concurrence/Dissent at p. 3, lines 3-4: Delete the words "to increase
profits".

## Per Curiam

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                            BY:    /s/
                                   Jennifer M. Clark
                                   Deputy Clerk